UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE A. POINTER, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Case No. 08-cv-247 (RJL) |
| : | |
| DISTRICT OF COLUMBIA, et al. : | |
| : | |
| Defendants. : | |

**PLAINTIFFS' MOTION TO EXTEND THE TIME FOR SERVICE
WITH INCORPORATED MEMORANDUM**

COME NOW the Plaintiffs, by counsel, and respectfully move the Court pursuant to FRCP Rule 4(m) to extend the time for service of the Complaint for ten (10) days for the following reasons:

1) The Complaint and Summons in this matter have been provided to a process server in the District of Columbia.

2) Service has been effected on the District of Columbia and the Mayor.

3) Additional time is needed to effect service on the named Metropolitan Police Officer, as

   (a) the Officer was out on leave for medical therapy when service was attempted, however, the Officer's Lieutenant informed the process server that the Officer is expected to return to work during the second week of April; and

   (b) there was a discrepancy as to the correct spelling of the Officer's name, causing confusion as to his work location and causing delay in service until the Officer's correct name and work address could be ascertained.

4) Counsel for the District of Columbia has consented to amendment of the Complaint to reflect the corrected spelling of the Officer's name. Plaintiffs' Counsel has attempted to

reach Counsel for the District of Columbia, to obtain consent to the requested ten-day enlargement of the time for service on the Officer, however, such consent has not yet been obtained.  The undersigned will file a supplement to this Motion to notify the Court if such consent is provided.

WHEREFORE, the Plaintiffs respectfully request that the time for service of process in this matter be extended by ten (10) days.

Respectfully submitted,

_____/s/_____
Donald M. Temple, Esq. [408749]
1229 15th Street, N.W.
Washington, D.C. 20005
Tel.: (202) 628-1101
Fax.: (202) 628-1149
dtemplelaw@aol.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE A. POINTER, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Case No. 08-cv-247 (RJL) |
| : | |
| DISTRICT OF COLUMBIA, et al. : | |
| : | |
| Defendants. : | |

**ORDER**

Upon consideration of the Plaintiffs' Motion to extend the time for service in this matter, and good cause having been shown, it is hereby

**ORDERED,** that the Motion to extend the time for service is **GRANTED**; and it is

**FURTHER ORDERED,** that the time for service shall be extended by ten (10) days.

**SO ORDERED** this _____ day of _____, 2008.

_____
Judge

_____
Date

COPIES TO:

Donald M. Temple, Esq.
Temple Law Offices
1229 15th Street, N.W.
Washington, DC 20005
dtemplelaw@aol.com

C. Vaughn Adams, Esq.
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C.  20001
corliss.adams@dc.gov