UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE A. POINTER, Sr., et al.    ) | |
| )                                 | Civil Action No. 08-cv-247 (RJL) |
| Plaintiffs,    ) | |
| )                                 | |
| v.    ) | |
| )                                 | |
| DISTRICT OF COLUMBIA, et al.    ) | |
| )                                 | |
| Defendants.    ) | |

**DISTRICT OF COLUMBIA'S MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO  MOTION TO EXTEND TIME FOR SERVICE**

Defendant District of Columbia (hereafter "the District"), by and through counsel, responds to Plaintiff's Motion to Extend Time for Service herein as follows:

The District of Columbia takes no position on Plaintiffs' motion.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        _/s/ Patricia A. Jones_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

By:    /s/ C. Vaughn Adams
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6519; 202-727-3625
E-mail:  corliss.adams@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum of the District of Columbia in Response to Plaintiff's Motion to Extend time for Service was mailed, postage prepaid, this 9th day of April, 2008 to:

> Donald M.Temple, Esq.
> 1229 15th Street, N.W.
> Washington, D.C. 20005

/s/ C. Vaughn Adams
C. VAUGHN ADAMS
Assistant Attorney General