UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

Bruce A. Pointer, Sr

    Plaintiff

v.                                                Case No.  08-247
                                                   Judge:

District of Columbia, et al.

    Defendants.

## AFFIDAVIT OF SERVICE

      I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and I am not a party in the above case; On April 8, 2008 at or around 12:00 P.M. I served **Officer George O'Bryant** in his official and individual capacity, a copy of the Complaint, Summons, and Initial Order by way of hand delivery at MPD Training Academy, SW, Washington, D.C.

I certify under penalty of perjury that the foregoing is true a correct.

_____/S/_____
Dequan Bogan