**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BRUCE A. POINTER, et al.,                  :
                                           :
                    Plaintiffs,            :
                                           :
          v.                               :          Civil Case No. 08-cv-247 (RJL)
                                           :
DISTRICT OF COLUMBIA, et al.               :
                                           :
          Defendants.                      :
_____

**PLAINTIFFS' MOTION TO ALLOW SERVICE OF PROCESS
ON DEFENDANT FOUR DAYS OUT OF TIME *NUNC PRO TUNC*
WITH INCORPORATED MEMORANDUM**

COME NOW the Plaintiffs, by counsel, and respectfully move the Court to allow service of process on Defendant Officer O'Bryant four days out of time *nunc pro tunc* for the following reasons:

1) The Complaint was served on Officer O'Bryant on Wednesday, April 9, 2008.

2) Service previously was effected on the District of Columbia and the Mayor.

3)    Additional time was needed to effect service on the Defendant Officer, as

   (a)  the Officer was out on leave for medical therapy when service was attempted previously, however, the Officer's Lieutenant informed the process server that the Officer was expected to return to work during the second week of April; and

   (b) there was a discrepancy as to the correct spelling of the Officer's name, causing confusion as to his work location and causing delay in service until the Officer's correct name and work address could be ascertained.

3) Counsel for the District of Columbia declines to consent to the relief requested, but does not oppose it.

WHEREFORE, the Plaintiffs respectfully move the Court to allow service of process on

Defendant Officer O'Bryant four days out of time *nunc pro tunc*.


Respectfully submitted,


_____/s/_____

Donald M. Temple, Esq. [408749]
1229 15th Street, N.W.
Washington, D.C. 20005
Tel.:  (202) 628-1101
Fax.:  (202) 628-1149
dtemplelaw@aol.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

Bruce A. Pointer, Sr

      Plaintiff

v.                                      Case No.  08-247

                                           Judge:

District of Columbia, et al.

      Defendants.

### AFFIDAVIT OF SERVICE

I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and I am not a party in the above case; On April 8, 2008 at or around 12:00 P.M. I served **Officer George O'Bryant** in his official and individual capacity, a copy of the Complaint, Summons, and Initial Order by way of hand delivery at MPD Training Academy, SW, Washington, D.C.

I certify under penalty of perjury that the foregoing is true a correct.

_____/S/_____

Dequan Bogan