## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE A. POINTER, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Case No. 08-cv-247 (RJL) |
| : | |
| DISTRICT OF COLUMBIA, et al. : | |
| : | |
| Defendants. : | |

## **ERRATA**

TO THE CLERK OF COURT: please find attached a proposed order to Plaintiffs Motion to allow service of process on Defendant Office George O'bryant four days out of time *nunc pro tunc* filed on April 10, 2008. The proposed order was inadvertently omitted from the electronic filing. Thank you for your attention and assistance in this matter.

Respectfully submitted,

_____/s/_____
Donald M. Temple, Esq.[408749]
Temple Law Offices
1229 15th Street, N.W.
Washington, DC 20005
Tel: (202) 628-1101
Fax: (202) 628-1149

**Attorney for Plaintiff**s

˘1˘

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRUCE A. POINTER, et al., :
:
      Plaintiffs, :
:
v. : Civil Case No. 08-cv-247 (RJL)
:
DISTRICT OF COLUMBIA, et al. :
:
      Defendants. :
_____

**ORDER**

Upon consideration of the Plaintiffs' Motion to allow service of process on the Defendant Officer four days out of time *nunc pro tunc*, the lack of opposition thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Plaintiffs' Motion is **GRANTED**; and it is

**FURTHER ORDERED,** that service of process on the Defendant Officer is allowed four days out of time *nunc pro tunc*.

**SO ORDERED** this _____ day of _____, 2008.

                                          _____
                                            Judge

                                          _____
                                            Date

COPIES TO:

Donald M. Temple, Esq.
Temple Law Offices
1229 15th Street, N.W.
Washington, DC 20005
dtemplelaw@aol.com

C. Vaughn Adams, Esq.
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
corliss.adams@dc.gov